UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NEXTEL OF NEW YORK, INC. and
SPRINT SPECTRUM, L.P.

Plaintiff,

-v-

VILLAGE OF SLEEPY HOLLOW, et. al.

Defendant.

**08 CIV. 0951**

Case No. _____

Rule 7.1 Statement

JAN 29 2008
USDC WP SDNY

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

Sprint Spectrum, L.P.     (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

Sprint Spectrum, L.P. is a wholly-owned operating subsidiary of Sprint Nextel Corporation.

**Date:** January 28, 2008

**Signature of Attorney**
Robert D. Gaudioso, Esq.
Snyder & Snyder, LLP

**Attorney Bar Code:** RG 3829