AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__Southern__ District of __New York__

Nextel of New York, Inc. and
Sprint Spectrum L.P.,

V.

The Village of Sleepy Hollow, et. al.
(See attached page for additional named defendants)

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

# 08 CIV. 0951

TO: (Name and address of Defendant)
All defendants as named on the attached sheet have the following address:
Village of Sleepy Hollow
28 Beekman Avenue
Sleepy Hollow, NY 10591

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Robert Gaudioso
Snyder & Snyder, LLP
94 White Plains Road
Tarrytown, NY 10591
914.333.0700

an answer to the complaint which is served on you with this summons, within __Twenty (20)__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. Michael McMahon
CLERK

DATE  JAN 29 2008

(By) DEPUTY CLERK

⩔AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE 1-30-08 |
| NAME OF SERVER (PRINT) Regina M. Bergen | TITLE Paralegal |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendants. Place where served: Sleepy Hollow Village Hall, Village Clerk  28 Beekman Avenue  Sleepy Hollow, NY 10591

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  1-30-08
            Date

Signature of Server

94 White Plains Rd, Tarrytown, NY 10591
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

<u>Defendants:</u>

THE VILLAGE OF SLEEPY HOLLOW;

THE VILLAGE OF SLEEPY HOLLOW PLANNING BOARD;

PLANNING BOARD CHAIRMAN NICHOLAS ROBINSON;*

DAVID PERLMUTTER;*

GEORGE TANNER;*

GARY MALUNIS;*

EDWARD MCCARTHY;*

NICHOLAS CICCHETTI;*

THE VILLAGE OF SLEEPY HOLLOW BOARD OF TRUSTEES;

MAYOR PHILLIP E. ZEGERELLI;*

DEPUTY MAYOR MARIO DiFELICE;*

MARIA ROSE DeMELIA;*

KAY BROWN GRALA;*

SANDRA MOALES;*

ANDREW T. MURRAY;*

KENNETH G. WRAY;* and

SEAN McCARTHY in his official capacity as Building Department Superintendent.

* in their official capacity.