# GAINES, GRUNER, PONZINI & NOVICK, LLP
## ATTORNEYS AT LAW
ONE NORTH BROADWAY
WHITE PLAINS, NEW YORK 10601
(914) 288-9595
FAX (914) 288-0850

Robert J. Ponzini
E-mail: rponzini@ggpnllp.com

New York City Office
370 Lexington Avenue - Suite 308
New York, New York 10017
(212) 599-1120
Fax (212) 599-1121

MEMO ENDO...

February 5, 2008

**By Facsimile Transmission (914-390-4179)**
Honorable Stephen C. Robinson, U.S.D.J.
United States Federal Court, SDNY
300 Quarropas St.
White Plains, New York 10601

Re: Nextel of New York, Inc. and Sprint Spectrum L.P. v. The Village of Sleepy Hollow, et al. (08 CIV 0951)

Honorable Sir:

The undersigned represents the Village of Sleepy Hollow Board of Trustees and the individual Trustees in their official capacity. My clients were served on January 30, 2008 with the summons and complaint in the above referenced matter. The purpose of this correspondence is to request a thirty (30) day extension of time in which to answer from February 20, 2008 to March 21, 2008. During the adjourned period of time it is our intention to engage in meaningful settlement discussions between the respective parties. We believe that this is a matter that is capable of resolution. There have been no previous requests for extensions of time.

We have requested such adjournment from our adversary but he has not consented on request of his client.

Very truly yours,

Robert J. Ponzini

APPLICATION GRANTED
*Stephen C Robinson* 2/7/08
HON. STEPHEN C. ROBINSION

SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:

DMC:bh

cc: Robert Gaudioso, Esq. (Fax: 914-333-0743)
Snyder & Snyder, LLP
94 White Plains Road
Tarrytown, NY 10591

Nick Ward Willis, Esq. (Fax: 914-946-6868)
Keane & Beane PC
445 Hamilton Avenue
White Plains, New York 10601