# KEANE & BEANE, P.C.

ATTORNEYS AT LAW
445 HAMILTON AVENUE
WHITE PLAINS, NEW YORK 10601
(914) 946-4777
TELEFAX (914) 946-6868
www.kblaw.com

## MEMO ENDORSED

February 5, 2008

<u>Via Facsimile: (914) 390-4179</u>

Hon. Stephen C. Robinson
United States District Courthouse
300 Quarropas Street
White Plains, New York 10601

    Re:   Nextel of New York, Inc. and Sprint Spectrum L.P. v.
              The Village of Sleepy Hollow, et al. (08CIV0951)

Dear Judge Robinson:

    My firm represents the Village of Sleepy Hollow Planning Board and the individual members of the Planning Board in their official capacity in the above-referenced action. I write to join in Mr. Ponzini's request that the Defendants have a thirty (30) day extension of time in which to answer or otherwise move with respect to the Complaint until March 21, 2008. I also believe that the additional time afforded by the extension will be beneficial and be used to pursue a resolution of this matter.

    Thank you for your attention.

                                                    Respectfully submitted,

                                                    Nicholas M. Ward-Willis

NMW/cp
cc:   Robert Gaudioso, Esq. (914) 333-0743
       Robert J. Ponzini, Esq. (914) 288-0850

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: 2476/07/333166 V1 2/5/08
DATE FILED:

**APPLICATION GRANTED**

Stephen C. Robinson   2/7/08

HON. STEPHEN C. ROBINSON

# KEANE & BEANE, P.C.

ATTORNEYS AT LAW

445 HAMILTON AVENUE, SUITE 1500
WHITE PLAINS, NEW YORK 10601
(914) 946-4777
TELEFAX (914) 946-6868
WWW.KBLAW.COM

## FAX TRANSMISSION

February 5, 2008

| | |
|---|---|
| TO: | HON. STEPHEN C. ROBINSON |
| | US DISTRICT COURTHOUSE |
| FAX NO.: | (914) 390-4179 |
| | |
| TO: | ROBERT GAUDIOSO, ESQ. |
| FAX NO.: | (914) 333-0743 |
| | |
| TO: | ROBERT J. PONZINI, ESQ. |
| FAX NO.: | (914) 288-0850 |
| | |
| FROM: | NICHOLAS M. WARD-WILLIS |
| | |
| RE: | NEXTEL (SLEEPY HOLLOW) |

**Comments:**

We are transmitting ___ pages (including this cover sheet).
If transmission is incomplete, please call (914) 946-4777.

*THE INFORMATION CONTAINED IN THIS FACSIMILE IS CONFIDENTIAL AND IS INTENDED ONLY FOR THE USE OF THE NAMED ADDRESSEE. IF THE READER OF THIS MESSAGE IS NOT THE NAMED ADDRESSEE OR THE PERSON RESPONSIBLE TO DELIVER IT TO THE NAMED ADDRESSEE, YOU ARE HEREBY NOTIFIED THAT ANY USE OF THIS FACSIMILE OR ITS CONTENTS, INCLUDING DISSEMINATION OR COPYING IS STRICTLY PROHIBITED, IF YOU HAVE RECEIVED THIS FACSIMILE IN ERROR, PLEASE IMMEDIATELY NOTIFY KEANE & BEANE, P.C. BY TELEPHONE (914) 946-4777 AND MAIL THE ORIGINAL FACSIMILE TO US AT THE ABOVE ADDRESS. WE WILL REIMBURSE YOUR TELEPHONE AND POSTAGE EXPENSE FOR DOING SO. THANK YOU.*

2476/07/333176 V1 2/5/08