**GAINES, GRUNER, PONZINI & NOVICK, LLP**
**ATTORNEYS AT LAW**
ONE NORTH BROADWAY
WHITE PLAINS, NEW YORK 10601
(914) 288-9595
Fax (914) 288-0850

**Denise M. Cossu**
E-mail: dcossu @ ggpnllp.com

New York City Office
370 Lexington Avenue, Suite 308
New York, New York 10017
(212) 599-1120
Fax: (212) 599-1121

Connecticut Office
1111 Summer Street
Stamford, CT 06905

March 18, 2008

**By Fax (914-390-4179)**
Hon. Stephen C. Robinson, U.S.D.J.
United States Federal Court, S.D.N.Y.
300 Quarropas St.
White Plains, New York 10601
Attn: Office of the Westchester County Clerk

## MEMO ENDORSED

Re:  Nextel of New York, Inc. and Sprint Spectrum L.P. v. The Village of Sleepy Hollow, et al. (08 CIV 0951)

Honorable Sir:

This office represents the Village of Sleepy Hollow Board of Trustees and the individual Trustees in their official capacity.

The purpose of this correspondence is to request a further thirty (30) day extension of time in which to answer the complaint from March 21, 2008 to April 21, 2008. This Court had previously granted an extension from February 20, 2008 to March 21, 2008. The reason for this further extension is that we anticipate a settlement in this matter.

We have discussed this adjournment with our adversary who has consented to such adjournment.

Very truly yours,

*Denise M. Cossu*
Denise M. Cossu

DMC:blg

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:

**APPLICATION GRANTED**

*Stephen C Robinson* 3/24/8
HON. STEPHEN C. ROBINSION

CC:  Robert Gaudioso, Esq. (Fax: 914-333-0743)
     Snyder & Snyder, LLP
     94 White Plains Road
     Tarrytown, New York 10591

     Nick Ward Willis, Esq. (Fax: 914-946-6868)
     Keane & Beane PC
     445 Hamilton Avenue
     White Plains, New York 10601