**GAINES, GRUNER, PONZINI & NOVICK, LLP**
ATTORNEYS AT LAW
ONE NORTH BROADWAY
WHITE PLAINS, NEW YORK 10601
(914) 288-9595
Fax (914) 288-0850

Denise M. Cossu
E-mail: dcossu @ ggpnllp.com

New York City Office
370 Lexington Avenue, Suite 308
New York, New York 10017
(212) 599-1120
Fax: (212) 599-1121

## MEMO ENDORSED

Connecticut Office
1111 Summer Street
Stamford, CT 06905

April 17, 2008

**By Fax (914-390-4179)**
Hon. Stephen C. Robinson, U.S.D.J.
United States Federal Court, S.D.N.Y.
300 Quarropas St.
White Plains, New York 10601
Attn: Office of the Westchester County Clerk

Re: Nextel of New York, Inc. and Sprint Spectrum L.P. v. The Village of Sleepy Hollow, et al. (08 CIV 0951)

Honorable Sir:

The undersigned represents the Village of Sleepy Hollow Board of Trustees and the individual Trustees in their official capacity.

The purpose of this correspondence is to request a further thirty (30) day extension of time in which to answer the complaint from April 21, 2008 to May 21, 2008. This Court had previously granted two thirty (30) day extensions which have enabled us to proceed with settlement discussions and negotiations in this matter. We continue to anticipate such resolution which, at this juncture, requires finalization of engineering and landscape reports and presentation to the Sleepy Hollow Planning Board and Board of Trustees.

We have discussed this adjournment with our adversary who has consented to such adjournment.

Very truly yours,

Denise M. Cossu

**APPLICATION GRANTED**
Stephen C. Robinson 4/21/08
HON. STEPHEN C. ROBINSION

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE: