**GAINES, GRUNER, PONZINI & NOVICK, LLP**
**ATTORNEYS AT LAW**
ONE NORTH BROADWAY
**WHITE PLAINS, NEW YORK 10601**
(914) 288-9595
Fax (914) 288-0850

Robert J. Ponzini
E-mail: rponzini @ ggpnllp.com

New York City Office
370 Lexington Avenue, Suite 308
New York, New York 10017
(212) 599-1120
Fax: (212) 599-1121

Connecticut Office
1111 Summer Street
Stamford, CT 06905

June 30, 2008

**By Fax (914-390-4179)**
Hon. Stephen C. Robinson, U.S.D.J.
United States Federal Court, S.D.N.Y.
300 Quarropas St.
White Plains, New York 10601
Attn: Office of the Westchester County Clerk

    Re:    **Nextel of New York, Inc. and Sprint Spectrum L.P. v. The Village of Sleepy Hollow, et al. (08 CIV 0951)**

Honorable Sir:

    The undersigned represents the Village of Sleepy Hollow Board of Trustees and the individual Trustees in their official capacity.

    The purpose of this correspondence is to advise the court that the proposed settlement of this matter has been presented to the Village of Sleepy Hollow Planning Board, which has issued a resolution approving the settlement of this matter. A copy of the resolution, dated June 29, 2008, is annexed hereto.

    Accordingly we hereby request a further extension of time in which to answer the complaint from June 30, 2008 to July 31, 2008.

    This Court had previously granted extensions which have enabled us to proceed with settlement discussions and negotiations in this matter, and as a result, significant settlement progress has been made. We anticipate that the settlement will be finalized within the next thirty (30) days.

      We have discussed this adjournment with our adversary who has consented to such adjournment.

Very truly yours,

Robert J. Ponzini

R:bh

CC:   Robert Gaudioso, Esq. (Fax: 914-333-0743)
       Snyder & Snyder, LLP
       94 White Plains Road
       Tarrytown, New York 10591

       Nick Ward Willis, Esq. (Fax: 914-946-6868)
       Keane & Beane PC
       445 Hamilton Avenue
       White Plains, New York 10601

**APPLICATION GRANTED**

Stephen C. Robinson

7/1/08

HON. STEPHEN C. ROBINSION