UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

Nextel of New York, Inc. and Sprint Spectrum L.P.,

       Plaintiffs,

  -against-

The Village of Sleepy Hollow, the Village of
Sleepy Hollow Planning Board, Planning Board
Chairman Nicholas Robinson, David Perlmutter,
George Tanner, Gary Malunis, Edward McCarthy,
Nicholas Cicchetti, in their official capacities,
constituting the Village Planning Board, the Village
of Sleepy Hollow Board of Trustees, Mayor Philip
E. Zegarelli, Deputy Mayor Mario DiFelice, Maria
Rose DeMelia, Kay Brown-Grala, Sondra Morales,
Andrew T. Murray, Kenneth G. Wray, in their
official capacities, constituting the Board of
Trustees, and Sean McCarthy, in his official
capacity as Building Department Superintendent.

       Defendants.
------------------------------------------------------------------------ x

**NOTICE OF APPEARANCE**

Index No. 08 CIV 0951(SCR)

EFC CASE

**PLEASE TAKE NOTICE** that Defendants the Village of Sleepy Hollow Planning Board, Planning Board Chairman Nicholas Robinson, David Perlmutter, George Tanner, Gary Malunis, Edward McCarthy and Nicholas Cicchetti hereby appear in this action by the undersigned counsel. Service of all pleadings, papers and documents required to be served in this action should be served upon the undersigned counsel.

Dated: White Plains, New York
      July 31, 2008

                         KEANE & BEANE, P.C.

            By: _____
                         Nicholas M. Ward-Willis (NW 5709)
                         Attorneys for Defendants
                         445 Hamilton Avenue, 15th Floor
                         White Plains, New York 10601
                         (914) 946-4777

-2-

TO: Robert B. Gaudioso, Esq.
Attorneys for Plaintiffs
Snyder & Snyder, LLP
94 White Plains Road
Tarrytown, New York 10591

Robert Ponzini, Esq.
Attorneys for Defendant Village of Sleepy Hollow
Gaines, Gruner, Ponzini & Novick, LLP
1 North Broadway
White Plains, New York 10601

-3-

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------- x
Nextel of New York, Inc. and Sprint Spectrum L.P.,

        Plaintiffs,

    -against-

The Village of Sleepy Hollow, the Village of
Sleepy Hollow Planning Board, Planning Board
Chairman Nicholas Robinson, David Perlmutter,
George Tanner, Gary Malunis, Edward McCarthy,
Nicholas Cicchetti, in their official capacities,
constituting the Village Planning Board, the Village
of Sleepy Hollow Board of Trustees, Mayor Philip
E. Zegarelli, Deputy Mayor Mario DiFelice, Maria
Rose DeMelia, Kay Brown-Grala, Sondra Morales,
Andrew T. Murray, Kenneth G. Wray, in their
official capacities, constituting the Board of
Trustees, and Sean McCarthy, in his official
capacity as Building Department Superintendent.

        Defendants
------------------------------------------------------------------------- x

**AFFIDAVIT OF SERVICE**

Index No. 08CIV0951(SCR)

STATE OF NEW YORK    )
                                  )SS.:
COUNTY OF WESTCHESTER    )

    CATHY PIZZONIA, being duly sworn, deposes and says:

    I am not a party to this action, am over 18 years of age and reside at c/o Keane & Beane, P.C., 445 Hamilton Avenue, White Plains, New York 10601.

    On the 31st day of July, 2008, I served a true copy of the annexed NOTICE OF APPEARANCE in this action by Electronic Mail and mailing a true copy thereof enclosed in a post-paid wrapper, by first class mail, by depositing same in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State to the following address:

To:    Robert B. Gaudioso, Esq.
        Attorneys for Plaintiffs
        Snyder & Snyder, LLP
        94 White Plains Road
        Tarrytown, New York 10591

-4-

Robert Ponzini, Esq.
Attorneys for Defendant Village of Sleepy Hollow
Gaines, Gruner, Ponzini & Novick, LLP
1 North Broadway
White Plains, New York 10601

_____
CATHY PIZZONIA

Sworn to before me this
31st day of July, 2008

_____
Notary Public

> NICHOLAS M. WARD-WILLIS
> NOTARY PUBLIC, STATE OF NEW YORK
> NO. 02WA5027769
> QUALIFIED IN WESTCHESTER COUNTY
> COMMISSION EXPIRES MAY 16, ~~1996~~ 2010